IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LOGAN KEENHOL, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DESALES UNIVERSITY,<br><br>Defendant. | Case No. 5:24-cv-01083<br><br>COMPLAINT – CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Jeffrey Logan Keenhol ("Plaintiff") and Defendant DeSales University ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on March 13, 2024, Plaintiff filed his Complaint in this action (ECF 1);

WHEREAS, on March 19, 2024, Defendant was served Plaintiff's Complaint (ECF 4);

WHEREAS, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is April 9, 2024 (ECF 4);

WHEREAS, Defendant has requested, and Plaintiff has agreed, upon approval of the Court, to extend the deadline for Defendant to file its Response to Plaintiff's Complaint to May 9, 2024;

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to the approval of the Court, that Defendant's deadline to respond to Plaintiff's Complaint is May 9, 2024.

-2-

Dated: April 8, 2024            Respectfully submitted,

| | |
|---|---|
| */s/ Gary F. Lynch* | /s/ *James A. Keller* |
| Gary F. Lynch (PA ID No. 56887) | James A. Keller, Esquire |
| Nicholas A. Colella (PA ID No. 332699) | Atty. I.D. No. 78955 |
| **LYNCH CARPENTER, LLP** | **SAUL EWING LLP** |
| 1133 Penn Avenue, 5th Floor | Centre Square West |
| Pittsburgh, Pennsylvania 15222 | 1500 Market Street, 38th Floor |
| Phone: (412) 322-9243 | Philadelphia, PA 19102 |
| gary@lcllp.com | Phone: (215) 972-1964 |
| nickc@lcllp.com | james.keller@saul.com |
| | |
| Michael A. Tompkins, Esq. | John A. Marty |
| Anthony Alesandro, Esq. | Atty. I.D. No. 324405 |
| **LEEDS BROWN LAW, P.C.** | **SAUL EWING LLP** |
| One Old Country Road, Suite 347 | One PPG Place |
| Carle Place, NY 11514 | Suite 3010 |
| Phone:(516) 873-9550 | Pittsburgh, PA 19102 |
| mtompkins@leedsbrownlaw.com | Phone: (412) 205-2566 |
| aalesandro@leedsbrownlaw.com | john.marty@saul.com |
| | |
| *Counsel for Plaintiff and Proposed Class* | *Counsel for Defendant DeSales University* |

## **ORDER**

The foregoing Stipulation To Extend Time To Respond To Complaint is hereby APPROVED.

                                                  BY THE COURT

                                            _____
                                                   HON. JEFFREY L. SCHMEHL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served today upon all parties by way of *ECF* electronic filing.

Dated: April 8, 2024

/s/ *James A. Keller*
James A. Keller