**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFREY LOGAN KEENHOL** | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 24-1083 |
| | : |
| **DESALES UNIVERSITY** | : |

## CASE MANAGEMENT ORDER

**AND NOW,** this 14th day of August, 2024, it is **ORDERED** that:

1. All fact discovery shall be completed by March 12, 2025.
2. Plaintiff's motion for class certification pursuant to Rule 23(b)(3) shall be filed, and any class certification expert shall be disclosed, by April 11, 2025.
3. Defendant's response to Plaintiff's motion for class certification and class certification expert, if any, shall be disclosed by May 23, 2025.
4. Plaintiff's reply in support of motion for class certification shall be filed by June 6, 2025.
5. Any dispositive motions must be filed by July 11, 2025.
6. A telephonic status conference shall be held on **Monday, December 9, 2024, at 11:00 a,m.** Counsel shall use dial in number 888-204-5984 access code 3221457.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**