IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY LOGAN KEENHOL, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DESALES UNIVERSITY,<br><br>Defendant. | Case No.: 5:24-cv-01083-JLS |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on October 17, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Jeffrey Logan Keenhol will move this Court on October 28, 2025, at 11:00 A.M. in the United District Court of the Eastern District of Pennsylvania, The Gateway Building, Courtroom 5, 201 Penn Street, Reading, PA 19601, before the Honorable Jeffrey L. Schmehl of the United States District Court for the Eastern District of Pennsylvania, for an Order under Federal Rules of Civil Procedure 23:

(1) Finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All students who satisfied all or part of their payment obligations to the University for Spring 2020 for tuition and/or Mandatory Fees (including the Student Activity Fee) and who were enrolled in at least one in-person, on-campus class.

> Excluded from the Settlement Class are: (i) all students who had their tuition and fee obligations completely funded by DeSales University for the Spring 2020 semester; and (ii) Defendant; Defendant's officers, directors, agents, trustees, parents, children, corporations, trustees, representatives, employees, principals, servants, partners, joint venturers, and/or entitles controlled by Defendant; and/or Defendant's heirs, successors, assigns, or other persons or entities related to or affiliated with Defendant and/or Defendant's officers.

(2) Confirming that the notice plan approved by the Court in its June 3, 2025, Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Plaintiff Jeffrey Logan Keenhol as Settlement Class Representative; (4) finally appointing Nicholas A. Colella of Lynch Carpenter, LLP and Michael A. Tompkins and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) entering the proposed final judgement; and (6) granting such other and further relief as may be just and appropriate.

Dated: October 17, 2025

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella (PA ID No. 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Michael Tompkins, Esq.*
Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                             */s/ Nicholas A. Colella*
                                             Nicholas A. Colella